■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARRIS, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered February 28, 1978, convicting him of manslaughter in the second degree, upon his plea of guilty, and sentencing him, as a predicate felon, to a prison term of from 5 to 10 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to a prison term of from three to six years. As so modified, judgment affirmed. The sentence imposed was excessive to the extent indicated herein. Margett, Hawkins and O'Connor, JJ., concur; Cohalan, J. P., dissents and votes to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER HARRIS, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered November 10, 1977, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction and sentence for criminal possession of a weapon in the fourth degree and dismissing said count. As so modified, judgment affirmed. Under the facts of this case criminal possession of a weapon in the fourth degree is an inclusory concurrent count of assault in the second degree. Where inclusory concurrent counts are involved, a verdict of guilty on the greatest count is deemed a dismissal of every lesser count (CPL 300.40, subd 3, par [b]). Accordingly, the conviction and sentence for possession of a weapon must be reversed and said count dismissed (see *People v Shuler,* 50 AD2d 908). The judgment in all other respects should be affirmed. Mollen, P. J., Hopkins, Titone, Hawkins and O'Connor, JJ., concur.